**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ADRIAN A. VELEZ,

                           Plaintiff,                    26 **CIVIL** 229 (LLS)

       -against-                               **JUDGMENT**

CITY OF NEW YORK; JOHN DOE #1; JANE DOE #2;
MR. VASQUEZ; JOHN DOE #3; MARIA D.
ACOSTAPERALTA; JOHN DOE #4; JOHN DOE #5;
JOHN DOE #6; MERABE FAULKNER,

                          Defendants.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Order dated March 11, 2026, Plaintiff's amended complaint, filed in

forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. §

1915(e)(2)(B)(ii).

**Dated:**  New York, New York

       March 16, 2026

                                   **TAMMI M. HELLWIG**
                                _____
                                   **Clerk of Court**

               **BY:**        K. Mango

                                 _____
                                 **Deputy Clerk**